**No. 56659.**—Hurricane Import Co. (Successor to S. S. Perry) *v.* United States, protests 133566–K, etc. (San Francisco).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of fishing nets similar in all material respects to the articles involved in *The American Import Co.* v. *United States* (27 Cust. Ct. 65, C. D. 1349), the claim of the plaintiff was sustained.